Raymond P. Hayden
Gerard W. White
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs

45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AIG GLOBAL MARINE AND ENERGY, ACE EUROPEAN
GROUP LTD., AIG EUROPE SA , COLUMBIA FOREST
PRODUCTS, INC., COPPER & BRASS, MACSTEEL
SERVICE CENTERS USA, TSA PROCESSING, METALS
USA (LIBERTY) and RUSAL AMERICA CORP.,

       Plaintiffs,

 - Against -

M/V ATLANTIC TRADER, *in rem*, ATLANTIC
TRADER NAVIGATION LTD., JSC BALTIK MERKUR,
And ATLANTIC RO-RO CARRIERS, INC., *in personam*,

       Defendants.
-----------------------------------------------------------------X

Index No.:



**RULE 7.1 STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs **AIG GLOBAL MARINE AND ENERGY, ACE LIMITED, ALCOA INC., AIG EUROPE SA,** certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held. **Please see attached.**

**COLUMBIA FOREST PRODUCTS, COPPER & BRASS SALES DIVISION, MACSTEEL SERVICE CENTERS USA, TSA PROCESSING, METALS USA**

**(LIBERTY) and RUSAL AMERICA CORP.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

**NONE.**

DATE: April 15, 2008

Gerard W. White (GW-9797)

# American International Group, Inc.
## (AIG)

### Primary Company Details
Reportage: **P** Parent
Company Type: (Public)

### Secondary Company Details
Year Founded: 1919
Incorporated/State of Inc.: DE

### Corporate Address
70 Pine St
New York, NY 10270-0002

### Recent Merger And Acquisition Activity

**AMPORTS, Inc.**
   acquired by **American International Group, Inc.**
   from **Lincolnshire Management, Inc.**
M&A Close Date: JUN-07
Posting Date: 4/27/2007

**MTC Holdings**
   acquired by **American International Group, Inc.**
M&A Close Date: SEP-07
Posting Date: 5/9/2007

### Company Communication
Telephone: (212) 770-7000
Fax: (212) 770-6970
Email: aig.infoexchange@aig.com
Web Site: **www.aig.com**

### Business Description
Get A+ insurance guidance from AIG. AIG (NYSE: AIG), founded as American Asiatic Underwriters in 1919, is one of the world's largest insurance firms offering Life Insurance, Mortgage Guaranty Insurance, Property and Casualty Insurance and Financial Asset Management. Based in New York, NY, the company employs nearly 110,000 and reported revenues of $113 billion. One of it's numerous subsidiaries, AIG Retirement Services (formerly AIG SunAmerica), sells investment products and services to education, health care, and not-for-profit organizations.

### Financials
Ticker Symbol: **AIG**
Latest Financial Data: 12/31/2006
Revenue: $113,194,000,000.00
Assets: $979,414,000,000.00
Liabilities: $877,737,000,000.00
Net Worth: $101,677,000,000.00
Earnings: $14,048,000,000.00
No. of Employees: 106,000
Fiscal Yr. End: 12/31

### Stock Exchanges
NYSE - New York Stock Exchange
SWX - Swiss Stock Exchange
EUR - Euronext
LSE - London Stock Exchange
TKS - Tokyo Stock Exchange

### NAICS Industry Classifications
Direct Property and Casualty Insurance Carriers (524126, primary)
All Other Insurance Related Activities (524298)
Direct Health and Medical Insurance Carriers (524114)
Direct Life Insurance Carriers (524113)
Insurance Agencies and Brokerages (524210)

# American International Group, Inc. - Corporate Hierarchy

Select All   Deselect All   Download

- **P** American International Group, Inc. (New York, NY)
  - D AIG Marketing, Inc. (New York, NY)
  - D America General Financial Service (Evansville, IN)
  - D Louisiana Risk Specialists (New Orleans, LA)
  - D New England Risk Specialists (Boston, MA)
  - S 21st Century Insurance Group (Woodland Hills, CA)
    - S 21st Century Insurance Co. (Woodland Hills, CA)
  - S A.I. Credit Corp. (Jersey City, NJ)
  - S AIG (Houston, TX)
  - S AIG American General Corporation (Houston, TX)
    - D American General Life Brokerage Group (Milwaukee, WI)
    - D American International Group (Houston, TX)
    - S AGC Life Insurance Company (Nashville, TN)
      - S American General Life & Accident Insurance Company (Nashville, TN)
      - S American General Life Insurance Company (Houston, TX)
        - S American General Securities Incorporated (Houston, TX)
        - S AIG American General Assurance Company (Schaumburg, IL)
      - S American General Property Insurance Company (Nashville, TN)
      - S The Variable Annuity Life Insurance Company (Houston, TX)
        - S AIG (Houston, TX)
    - S AIG American General (Springfield, IL)
    - S American General Assurance Company (Neptune, NJ)
      - S America General Insurance Company (Schaumburg, IL)
      - S American General Assurance Company (Schaumburg, IL)
      - S American International Group American General (Milwaukee, WI)
      - S The United States Life Insurance Company in the City of New York (New York, NY)
      - S United States Life Insurance Company, New York (Neptune, NJ)
      - S USLIFE Advisers, Inc. (New York, NY)
      - S USLIFE Equity Sales Corp. (New York, NY)
      - S USLIFE Insurance Services Corporation (Dallas, TX)
      - S USLIFE Real Estate Services Corp. (Dallas, TX)
      - S USLIFE Systems Corporation (Dallas, TX)
    - S American General Finance Advisors (Houston, TX)
    - S American General Finance, Inc. (Evansville, IN)
      - S American General Auto Finance, Inc. (Evansville, IN)
      - S American General Bank, FSB (Santa Ana, CA)
      - S American General Finance Corporation (Evansville, IN)
        - S Merit Life Insurance Co. (Evansville, IN)

# AIG Europe, SA

## Primary Company Details
Reportage: Level 1

Ⓢ Subsidiary of American International Group, Inc., New York, NY
Company Type: (Public)
Percent Ownership: 100%

## Secondary Company Details
Year Founded: 1948
Incorporated/State of Inc.: FR

## Corporate Address
Tour AIG
Paris, 92079 La Defense 2
France

## Company Communication
Telephone: (33) 49024222
Fax: (33) 49024095
Email: internet-contact@aig.com
Web Site: www.aigeurope.com

## Business Description
Provider of Asset Protection Services to Major & Multinational Companies in Europe

## Financials
No. of Employees: 180

## NAICS Industry Classifications
Other Direct Insurance (except Life, Health, and Medical) Carriers (524128, primary)

## SIC Industry Classifications
Insurance Carriers, NEC (6399, primary)

## Executives
Pres: **Alexander Baukh**

## Products & Brands
AIG LIFE

## Hierarchy

## American International Group, Inc. - Corporate Hierarchy

Select All   Deselect All   Downloa[d]

- P ☐ American International Group, Inc. (New York, NY)
  - D ☐ AIG Marketing, Inc. (New York, NY)
  - D ☐ America General Financial Service (Evansville, IN)
  - D ☐ Louisiana Risk Specialists (New Orleans, LA)
  - D ☐ New England Risk Specialists (Boston, MA)
  - S ☐ 21st Century Insurance Group (Woodland Hills, CA)
    - S ☐ 21st Century Insurance Co. (Woodland Hills, CA)
  - S ☐ A.I. Credit Corp. (Jersey City, NJ)
  - S ☐ AIG (Houston, TX)
  - S ☐ AIG American General Corporation (Houston, TX)
    - D ☐ American General Life Brokerage Group (Milwaukee, WI)
    - D ☐ American International Group (Houston, TX)
    - S ☐ AGC Life Insurance Company (Nashville, TN)
      - S ☐ American General Life & Accident Insurance Company (Nashville, TN)
      - S ☐ American General Life Insurance Company (Houston, TX)
        - S ☐ American General Securities Incorporated (Houston, TX)
        - S ☐ AIG American General Assurance Company (Schaumburg, IL)
      - S ☐ American General Property Insurance Company (Nashville, TN)
      - S ☐ The Variable Annuity Life Insurance Company (Houston, TX)
        - S ☐ AIG (Houston, TX)
    - S ☐ AIG American General (Springfield, IL)
    - S ☐ American General Assurance Company (Neptune, NJ)
      - S ☐ America General Insurance Company (Schaumburg, IL)
      - S ☐ American General Assurance Company (Schaumburg, IL)
      - S ☐ American International Group American General (Milwaukee, WI)
      - S ☐ The United States Life Insurance Company in the City of New York (New York, NY)
      - S ☐ United States Life Insurance Company, New York (Neptune, NJ)
      - S ☐ USLIFE Advisers, Inc. (New York, NY)
      - S ☐ USLIFE Equity Sales Corp. (New York, NY)
      - S ☐ USLIFE Insurance Services Corporation (Dallas, TX)
      - S ☐ USLIFE Real Estate Services Corp. (Dallas, TX)
      - S ☐ USLIFE Systems Corporation (Dallas, TX)
    - S ☐ American General Finance Advisors (Houston, TX)
    - S ☐ American General Finance, Inc. (Evansville, IN)
      - S ☐ American General Auto Finance, Inc. (Evansville, IN)
      - S ☐ American General Bank, FSB (Santa Ana, CA)
      - S ☐ American General Finance Corporation (Evansville, IN)
        - S ☐ Merit Life Insurance Co. (Evansville, IN)

# ACE Limited
## (ACE LTD)

### Primary Company Details
Reportage: **P** Parent
Company Type: (International)

### Secondary Company Details
Year Founded: 1985
Incorporated/State of Inc.: Ky

### Corporate Address
17 Woodbourne Avenue
Hamilton, HM 08
Bermuda

### Mailing Address
PO Box HM 1015
Hamilton, HM DX
Bermuda

### Recent Merger And Acquisition Activity

**Combined Insurance Company of America** agreed to be acquired by **ACE Limited** from **Aon Corporation**

Total amount offered: $2.4 billion
Expected M&A Close Date: JUN-08
Posting Date: 12/17/2007

### Company Communication
Telephone: (441) 295 5200
Fax: (441) 295-5221
Email: info@acelimited.com
Web Site: www.acelimited.com

### Business Description
You can't lose with this Ace in your hand. Headquartered in Hamilton, Bermuda, ACE Limited (NYSE: ACE) sells insurance in North America, South America, Europe and Asia. The company was founded in 1985 to provide hard-to-find excess liability coverage. It also sells property and casualty insurance, and reinsurance. The company heads the Ace Group of Companies which has operating subsidiaries in more than 50 countries. It markets through brokers, independent and general agents, direct marketing, internet, and other channels. The company had 2006 revenue of about $13.3 billion and employs about 10,000 people.

### Financials
Ticker Symbol: ACE
Latest Financial Data: 12/31/2007
Revenue: $14,154,000,000.00
Assets: $72,090,000,000.00
Liabilities: $55,413,000,000.00
Net Worth: $16,677,000,000.00
Earnings: $2,578,000,000.00
No. of Employees: 10,000
Fiscal Yr. End: 12/31

### Stock Exchanges
NYSE - New York Stock Exchange

### NAICS Industry Classifications
Other Direct Insurance (except Life, Health, and Medical) Carriers (524128, primary)
Direct Life Insurance Carriers (524113)
Direct Property and Casualty Insurance Carriers (524126)
Offices of Other Holding Companies (551112)
Reinsurance Carriers (524130)

## SIC Industry Classifications

Insurance Carriers, NEC (6399, primary)
Accident & Health Insurance (6321)
Fire, Marine & Casualty Insurance (6331)
Life Insurance (6311)
Offices of Holding Companies, NEC (6719)

## Competitors

- 21st Century Insurance Group (Woodland Hills, CA)
- AEGON USA, Inc. (Baltimore, MD)
- Aflac Incorporated (Columbus, GA)
- AIG American General Corporation (Houston, TX)
- Allianz SE (Munich, Germany)
- Allianz Life Insurance Company of North America (Minneapolis, MN)
- The Allstate Corporation (Northbrook, IL)
- Allstate Life Insurance Company (Northbrook, IL)
- American Family Insurance Group (Madison, WI)
- American Financial Group, Inc. (Cincinnati, OH)
- American General Life & Accident Insurance Company (Nashville, TN)
- American International Group, Inc. (New York, NY)
- American National Insurance Company (Galveston, TX)
- American Safety Insurance Holdings, Ltd. (Hamilton, Bermuda)
- AmerUs Group Co. (Des Moines, IA)
- Annuity and Life Re (Holdings), Ltd. (Hamilton, Bermuda)
- Aon Corporation (Chicago, IL)
- Assurant, Inc. (New York, NY)
- AXA S.A. (Paris, France)
- The Chubb Corporation (Warren, NJ)
- Cincinnati Financial Corporation (Fairfield, OH)
- CNA Financial Corporation (Chicago, IL)
- Columbia Casualty Company (Chicago, IL)
- Combined Insurance Company of America (Chicago, IL)
- Conseco Inc. (Carmel, IN)
- Converium Holding AG (Zug, Switzerland)
- Daido Life Insurance Company (Osaka, Japan)
- Erie Insurance Exchange (Erie, PA)
- Farmers Insurance Exchange (Los Angeles, CA)
- Fire Insurance Exchange (Los Angeles, CA)
- First Colony Life Insurance Company (Lynchburg, VA)
- GenAmerica Financial Corporation (Saint Louis, MO)
- Genworth Financial, Inc. (Richmond, VA)
- Great American Financial Resources, Inc. (Cincinnati, OH)
- The Guardian Life Insurance Company of America (New York, NY)
- The Hanover Insurance Group Inc. (Worcester, MA)
- The Hartford Financial Services Group Inc. (Hartford, CT)
- Hartford Life Insurance Company (Hartford, CT)
- HCC Insurance Holdings, Inc. (Houston, TX)
- HealthMarkets, Inc. (North Richland Hills, TX)
- Liberty Mutual Group (Boston, MA)
- Lincoln National Corporation (Philadelphia, PA)
- Marsh & McLennan Companies, Inc. (New York, NY)
- Max Re Capital Ltd. (Hamilton, Bermuda)
- Meiji Yasuda Life Insurance Company (Tokyo, Japan)
- MetLife, Inc. (Long Island City, NY)
- MGIC Investment Corporation (Milwaukee, WI)
- Millea Holdings, Inc. (Tokyo, Japan)
- The Minnesota Life Insurance Company (Saint Paul, MN)
- The MONY Group Inc. (New York, NY)
- Mutual of America Life Insurance Company (New York, NY)
- Mutual of Omaha Insurance Company (Omaha, NE)
- Nationwide Financial Services, Inc. (Columbus, OH)
- Nationwide Mutual Insurance Company (Columbus, OH)
- New York Life Insurance Company (New York, NY)
- Northwestern Mutual Life Insurance Company (Milwaukee, WI)
- Ohio Casualty Corporation (Fairfield, OH)
- The Penn Mutual Life Insurance Company (Horsham, PA)
- The Phoenix Companies, Inc. (Hartford, CT)
- The Progressive Corporation (Cleveland, OH)
- Protective Life Corporation (Birmingham, AL)
- Prudential Financial, Inc. (Newark, NJ)
- Prudential plc (London, United Kingdom)
- RenaissanceRe Holdings Ltd. (Pembroke, Bermuda)
- SAFECO Corporation (Seattle, WA)
- The Travelers Companies, Inc. (Saint Paul, MN)
- StanCorp Financial Group, Inc. (Portland, OR)
- Standard Insurance Company (Portland, OR)
- State Farm Life & Accident Assurance Co. (Bloomington, IL)
- State Farm Mutual Automobile Insurance Co. (Bloomington, IL)
- Sun Life Financial Inc. (Toronto, ON, Canada)
- The Taiyo Life Insurance Company (Tokyo, Japan)
- Teachers Insurance & Annuity Association-College Retirement Equities Fund (New York, NY)
- Thrivent Financial for Lutherans (Minneapolis, MN)
- Torchmark Corporation (Birmingham, AL)
- United Financial Casualty Company (Cleveland, OH)
- United Services Automobile Association (San Antonio, TX)
- UnitedHealth Group Incorporated (Minnetonka, MN)
- Unitrin, Inc. (Chicago, IL)
- Unum Group (Chattanooga, TN)

ING Groep N.V. (Amsterdam, Netherlands)
John Hancock Financial Services, Inc. (Boston, MA)
Legal & General Group Plc (London, United Kingdom)
The Variable Annuity Life Insurance Company (Houston, TX)
Wausau General Insurance Company (Downers Grove, IL)
Zurich Financial Services AG (Zurich, Switzerland)

### Executives

Pres & CEO: **Evan G. Greenberg**
CFO: **Philip V. Bancroft**
Chief Fin Compliance Officer: **Robert Blee**
CIO: **William M. Siegle**
Chief Admin Officer & Global HR Exec: **Keith P. White**
Chief Comm Officer: **Patrick McGovern**
Chief Acctg Officer: **Paul B. Medini**
Chief Actuary: **Susan Patschak**
Chief Claims Officer: **Frank Lattal**
Chief Reinsurance Officer: **Bill O'Farrell**
Global Ethics & Compliance Officer: **Kevin M. Rampe**

Global Ops Officer: **Ronald J. Rintala**
Pres/CEO-ACE Argentina: **Judith Hernandez-Tate**
Pres/CEO-Argentina & Chile: **Roberto Hidalgo**
Gen Counsel & Sec: **Robert F. Cusumano**
Sr VP-Mktg: **Vince McGeehan**
Sr VP-Fin Reporting: **Julie Schaekel**
VP-HR: **Pandora Wright**
Dir-Internal Audit: **James M. English**
Dir-Comm: **Wendy Davis Johnson**
Dir-IR: **Helen M. Wilson**

### Board of Directors

Member: **Michael G. Atieh**
Member: **Mary A. Cirillo-Goldberg**
Member: **Bruce L. Crockett**
Member: **Evan G. Greenberg**
Member: **Robert M. Hernandez**
Member: **John A. Krol**

Member: **Peter Menikoff**
Member: **Leo F. Mullin**
Member: **Thomas J. Neff**
Member: **Robert Ripp**
Member: **Dermot F. Smurfit**
Member: **Gary M. Stuart**

### Products & Brands

ACE (Logo)

### Outside Service Firms

Service: Advertising Agency
Firm Name: **Hill Holliday**
  Corporate Address: John Hancock Tower 200 Clarendon St, Boston, MA 02116
  Telephone: (617) 437-1600
  Fax: (617) 572-3534
  Email: info@hhcc.com
  Web Site: www.hhcc.com

Service: Auditor
Firm Name: **PricewaterhouseCoopers LLP**
  Corporate Address: 1177 Ave. of the Americas, New York, NY 10036
  Telephone: (212) 596-8000

Service: Registrar
Firm Name: **The Bank of New York**
  Corporate Address: One Wall Street, New York, NY 10286
  Telephone: (212) 495-1784
  Fax: (212) 571-3050

Service: Transfer Agent
Firm Name: **The Bank of New York**
  Corporate Address: One Wall Street, New York, NY 10286
  Telephone: (212) 495-1784
  Fax: (212) 571-3050

### Hierarchy

# ACE Limited - Corporate Hierarchy

Select All　Deselect All　Downloa

- **ACE Limited (Hamilton, Bermuda)**
  - ACE Bermuda Insurance Ltd. (Hamilton, Bermuda)
    - ACE Financial Solutions International Ltd. (Hamilton, Bermuda)
  - ACE Tempest Life Reinsurance Limited (Hamilton, Bermuda)
  - ACE Tempest Reinsurance Ltd. (Hamilton, Bermuda)
  - ACE INA Holdings, Inc. (Philadelphia, PA)
    - ACE Latin America (Miami, FL)
    - ACE USA, Inc. (Roswell, GA)
      - ACE-esis (Wilmington, DE)
      - ACE Financial Solutions (New York, NY)
      - Esis, Inc. (Philadelphia, PA)
    - ACE Westchester Specialty (Roswell, GA)
    - ACE Insurance Company (Philadelphia, PA)
      - Bankers Standard Fire & Marine Company (Irving, TX)
    - ACE INA Insurance (Toronto, Canada)
    - ACE Insurance Limited (Singapore, Singapore)
      - ACE Insurance Limited (Auckland, New Zealand)
      - ACE Insurance Limited (Sydney, Australia)
      - ACE Synergy Insurance Berhad (Kuala Lumpur, Malaysia)
    - ACE Insurance Limited (Tokyo, Japan)
  - ACE Overseas General (New York, NY)
  - ACE Strategic Advisors, Inc. (New York, NY)
  - ACE Tempest Reinsurance USA, LLC (Stamford, CT)
  - ACE European Markets (Dublin, Ireland)
  - ACE European Markets Reinsurance Ltd. (Dublin, Ireland)
  - ACE Global Markets (London, United Kingdom)
  - ACE Global, SIMCAV S.A. (Madrid, Spain)
  - ACE London Aviation Limited (London, United Kingdom)
  - ACE London Underwriting Limited (London, United Kingdom)
  - ACE Tempest Re Europe (London, United Kingdom)
  - ACE Underwriting Agencies Limited (London, United Kingdom)

Legend:

Copyright © 2008 LexisNexis,
a division of Reed Elsevier Inc. All rights reserved.

Terms & Conditions
Privacy

# Alcoa, Inc.

## Primary Company Details
Reportage: **P** Parent
Company Type: (Public)

## Secondary Company Details
Year Founded: 1888
Incorporated/State of Inc.: PA
Import/Export: Both

## Corporate Address
201 Isabella St
Pittsburgh, PA  15212-5858

## Recent Merger And Acquisition Activity

**Alcoa Closure Systems International, Inc.**
agreed to be acquired by **Rank Group Ltd.**
from **Alcoa, Inc.**

Total amount offered: Undisclosed
M&A Close Date: MAR-08
*Posting Date:* 12/21/2007

**Reynolds Metals Company**
agreed to be acquired by **Rank Group Ltd.**
from **Alcoa, Inc.**

Total amount offered: Undisclosed
M&A Close Date: MAR-08
*Posting Date:* 12/21/2007

## Company Communication
Telephone: (412) 553-4545
Fax: (412) 553-4498
Email: aice.communications@alcoa.com
Web Site: www.alcoa.com

## Business Description
Alcoa aluminum plate serves up many uses! Founded in 1988, Alcoa Inc (NYSE: AA) is a Pittsburgh, PA-based company that produces aluminum products through the following business segments: Alumina and Aluminum, Primary Metals, Wheel and Transportation Products, Flat-Rolled Products, Engineered Solutions, and Extruded and End Products. The company produces such products as aluminum plate, sheet and foil, aluminum wheels, and fastening systems. It operates in nearly 40 countries to serve industries such as aerospace, defense, industrial, transportation and construction. The company had 2007 revenue of about $30.7 billion and has about 107,000 employees. In February 2008, it sold its Packaging and Consumer business unit to New Zealand-based Rank Group Limited, including Closure Systems International, Consumer Products, Flexible Packaging, and Reynolds Food Packaging.

## Financials
Ticker Symbol: **AA**
Latest Financial Data: 12/31/2007
Sales: $30,748,000,000.00
Assets: $38,803,000,000.00
Liabilities: $22,787,000,000.00
Net Worth: $16,016,000,000.00
Earnings: $2,564,000,000.00
No. of Employees: 107,000
Fiscal Yr. End: 12/31

## Stock Exchanges
AMEX - American Stock Exchange
NYSE - New York Stock Exchange

## NAICS Industry Classifications
Aircraft Manufacturing (336411, primary)
Aluminum Extruded Product Manufacturing (331316)
Aluminum Sheet, Plate, and Foil Manufacturing (331315)
Other Aluminum Rolling and Drawing (331319)

## SIC Industry Classifications

Aircraft (3721, primary)
Aluminum Extruded Products (3354)
Aluminum Rolling & Drawing, NEC (3355)
Aluminum Sheet, Plate & Foil (3353)

## Competitors

- Alcan Electrical & Engineering (Anchorage, AK)
- Alcan Inc. (Montreal, QC, Canada)
- Alliant Techsystems Inc. (Edina, MN)
- Aluminum Corporation of China Limited (Beijing, China)
- Anheuser-Busch Companies, Inc. (Saint Louis, MO)
- Ball Corporation (Broomfield, CO)
- BHP Billiton Limited (Melbourne, VIC, Australia)
- The Boeing Company (Chicago, IL)
- BWAY Holding Company (Atlanta, GA)
- Connell Limited Partnership (Boston, MA)
- Consolidated Container Company LLC (Atlanta, GA)
- Corus Group plc (London, United Kingdom)
- Crown Holdings, Inc. (Philadelphia, PA)
- Diageo plc (London, United Kingdom)
- Foster's Group Limited (Southbank, VIC, Australia)
- GenCorp Inc. (Rancho Cordova, CA)
- Grupo Modelo, S.A. de C.V. (Mexico, DF, Mexico)
- Guinness Peat Group plc (London, United Kingdom)
- Hayes Lemmerz International, Inc. (Northville, MI)
- Heineken N.V. (Amsterdam, Netherlands)
- Maxxam Inc. (Houston, TX)
- Miller Brewing Company (Milwaukee, WI)
- Nippon Light Metal Company, Ltd. (Tokyo, Japan)
- Nippon Steel Corporation (Tokyo, Japan)
- Norsk Hydro ASA (Oslo, Norway)
- Nucor Corporation (Charlotte, NC)
- Orbital Sciences Corporation (Sterling, VA)
- Ormet Corporation (Hannibal, OH)
- Quanex Corporation (Houston, TX)
- Rexam PLC (London, United Kingdom)
- United Company RUSAL (Moscow, Russia)
- Sequa Corporation (New York, NY)
- Showa Denko K.K. (Tokyo, Japan)
- Silgan Holdings, Inc. (Stamford, CT)
- Superior Industries International, Inc. (Van Nuys, CA)
- Swales & Associates Inc. (Beltsville, MD)
- ThyssenKrupp AG (Dusseldorf, Germany)
- Trans World Marketing Corp. (East Rutherford, NJ)
- TUI AG (Hannover, Germany)
- United Technologies Corporation (Hartford, CT)

## Executives

| | |
|---|---|
| Chm & CEO: **Alain J.P. Belda** | Sr Asst Gen Counsel: **Kurt R. Waldo** |
| Pres & COO: **Klaus Kleinfeld** | Treas & VP: **Peter Hong** |
| CFO & Exec VP: **Charles D. McLane, Jr.** | Asst Treas: **Margaret A. Aupke** |
| Gen Counsel, Exec VP & Chief Compliance Officer: **Lawrence R. Purtell** | Asst Treas: **Paul A. Hayes** |
| Exec VP & Grp Pres-Global Extruded & End Products: **Ricardo E. Belda** | Asst Treas: **Cynthia E. Holloway** |
| Grp Pres-Engineered Prods & Solutions & Exec VP-Alcoa: **William F. Christopher** | Asst Treas: **Ricardo B.M. Sayao** |
| Grp Pres-Global Primary Prods & Exec VP-Alcoa: **Bernt Reitan** | Controller & VP: **Joseph R. Lucot** |
| Grp Pres-Alcoa Packaging & Consumer Prods & Exec VP-Alcoa: **Paul D. Thomas** | Controller & VP: **Tony R. Thene** |
| Grp Pres-Global Rolled Prod & Exec VP-Alcoa: **Helmut Wieser** | Exec VP-Corp Dev: **Barbara Jeremiah** |
| Pres-Alcoa Materials Mgmt & VP-Alcoa: **Kevin J. Anton** | Exec VP-Market Strategy, Tech & Quality: **Mohammad A. Zaidi** |
| Pres-Global Mfg, Global Primary Products & VP-Alcoa: **Alan Cransberg** | VP & Mng Dir: **Wayne G. Osborn** |
| Pres-Alcoa Fastening Systems & VP: **Olivier M. Jarrault** | VP-Audit: **Julie A. Caponi** |
| Grp Pres-Pkg & Consumer Products & VP: **Ruth J. Mack** | VP: **Donna C. Dabney** |
| Pres-Asia-Pacific Reg: **Jinya Chen** | VP-Tax: **Ronald D. Dickel** |

# Alcoa, Inc. - Corporate Hierarchy

Select All   Deselect All   Download

- **P** Alcoa, Inc. (Pittsburgh, PA)
  - D Alcoa Automotive (Auburn, IN)
  - D Alcoa KAMA (Hazleton, PA)
  - D Alcoa KAMA (Hazleton, PA)
  - D Alcoa Rigid Packaging (Alcoa, TN)
  - D Alcoa Wheel & Forged Products (Cleveland, OH)
    - S Reynolds Wheels S.p.A. (Ferrara, Italy)
  - D Bakers Choice Products, Inc. (Beacon Falls, CT)
  - S AFL Automotive (Farmington Hills, MI)
    - S AFL Automotive (Louisville, KY)
    - S AFL Automotive (Baden-Wurttemberg, Germany)
  - S Alcoa Closure Systems International, Inc. (Indianapolis, IN)
    - D Alcoa Closure Systems International, Inc. (Crawfordsville, IN)
    - D Alcoa Closure Systems International, Inc. (Kilgore, TX)
    - S Alcoa Closure Systems Japan Ltd. (Shimotsuwa, Japan)
    - J Gulf Closures W.L.L. (Manama, Bahrain)
  - S Alcoa Extrusions, Inc. (Magnolia, AR)
  - S Alcoa Global Fasteners, Inc. (Torrance, CA)
    - D Alcoa Fastening Systems (Waco, TX)
    - D Alcoa Fastening Systems (Carson, CA)
    - D Alcoa Fastening Systems (Kingston, NY)
    - D Alcoa Fastening Systems (Tucson, AZ)
    - D Alcoa Fastening Systems Marson (Stoughton, MA)
    - S Alcoa Fastening Systems (Mexico, Mexico)
    - S Alcoa Fastening Systems (Oakleigh, Australia)
    - S Alcoa Fastening Systems (Clos d'Asseville, France)
    - S Alcoa Fastening Systems (Mississauga, Canada)
    - S Alcoa Fastening Systems (Osaka, Japan)
    - S Alcoa Fastening Systems (Telford, United Kingdom)
  - S Alcoa Home Exteriors, Inc. (Pittsburgh, PA)
  - S Alcoa Inter-America, Inc. (Pembroke Pines, FL)
  - S Alcoa International Holdings Company (Pittsburgh, PA)
    - S Alcoa Europe Holding B.V. (Drunen, Netherlands)
      - S Alcoa Nederland B.V. (Drunen, Netherlands)
      - S Alcoa Architectural Products S.A.S. (Merxheim, France)
      - S Alcoa Automotive GmbH (Soest, Germany)
      - S Alcoa Deutschland GmbH (Worms, Germany)
      - S Alcoa Deutschland GmbH (Worms, Germany)