Raymond P. Hayden
Gerard W. White
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs

45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------X
AIG GLOBAL MARINE AND ENERGY, ACE EUROPEAN
GROUP LTD., AIG EUROPE SA , COLUMBIA FOREST
PRODUCTS,  INC., COPPER & BRASS, MACSTEEL
SERVICE CENTERS USA, TSA PROCESSING, METALS
USA (LIBERTY) and RUSAL AMERICA CORP.,

       Plaintiffs,

   -  **Against** -

M/V ATLANTIC TRADER, *in rem*, ATLANTIC
TRADER NAVIGATION LTD., JSC BALTIK MERKUR,
And ATLANTIC RO-RO CARRIERS, INC., *in personam*,

       Defendants.
-----------------------------------------------------------------------------X

Index No.:
**08 Civ. 3597 PKL**

**AMENDED**
**AFFIDAVIT OF SERVICE**


STATE OF NEW YORK   )
          ) ss.:
COUNTY OF NEW YORK  )


  Robert I. Blum being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the state of New York, that on the 22nd day of April, 2008 at 80 Pine street, 24th Floor, New York, NY  10005, deponent served a true copy of the **Order To Show Cause For Discovery On Vessel Scheduled To Leave Port, Affirmation Of Gerard**

**W. White In Support Of Order To Show Cause With Supporting Attachments and Memorandum Of Law In Support Of Order To Show Cause Requesting Expedited Discovery** on the Law Firm of FREEHILL HOGAN & MAHAR, Attorneys for Defendants Atlantic Trader Navigation Ltd., JSC Baltik Merkur and Atlantic Ro-Ro Carriers, Inc.

_____
Robert I. Blum

Sworn to before me this
24th day of April 2008

_____
Notary Public

JOHN J. SULLIVAN
Notary Public, State of New York
No. 02SU5044687
Qualified in Westchester County
Commission Expires June 5, 2011