JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIG GLOBAL MARINE AND ENERGY, ACE EUROPEAN
GROUP LTD., AIG EUROPE SA , COLUMBIA FOREST
PRODUCTS, INC., COPPER & BRASS, MACSTEEL        Case No.:
SERVICE CENTERS USA, TSA PROCESSING, METALS
USA (LIBERTY) and RUSAL AMERICA CORP.,          **08 CIV 3597**

        Plaintiffs,

        <u>SUMMONS IN A CIVIL CASE</u>

        - Against -

M/V ATLANTIC TRADER, *in rem*, ATLANTIC
TRADER NAVIGATION LTD., JSC BALTIK MERKUR,
And ATLANTIC RO-RO CARRIERS, INC., *in personam*,

        Defendants.


TO: (Name of Defendant)

        **See attached list.**

        **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        HILL RIVKINS & HAYDEN LLP
        45 Broadway – Suite 1500
        New York, New York 10006

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK                           April 15, 2008
                                   DATE

(By) DEPUTY CLERK

# **Defendants**

Atlantic Trader Navigation Ltd.
12/13 Strait Street
Valletta VLT. 08 Malta.

JSC Baltik Merkur
Apartment 408
Prospekt Stachek 47
St. Peterburg 193097
Russian Federation.

Atlantic Ro-Ro Carriers, Inc.
1051 Bloomfield Ave.
Suite 6
Clifton, New Jersey 07012.



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AIG GLOBAL MARINE AND ENERGY, ACE EUROPEAN
GROUP LTD., AIG EUROPE SA , COLUMBIA FOREST
PRODUCTS, INC., COPPER & BRASS, MACSTEEL
SERVICE CENTERS USA, TSA PROCESSING, METALS
USA (LIBERTY) and RUSAL AMERICA CORP.,

Case No.:

**08 CIV 3597**

Plaintiffs,

SUMMONS IN A CIVIL CASE

- Against -

M/V ATLANTIC TRADER, in rem, ATLANTIC
TRADER NAVIGATION LTD., JSC BALTIK MERKUR,
And ATLANTIC RO-RO CARRIERS, INC., in personam,

Defendants.


TO: (Name of Defendant)

**See attached list.**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HILL RIVKINS & HAYDEN LLP
45 Broadway – Suite 1500
New York, New York 10006

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                       April 15, 2008
                                            DATE

(By) DEPUTY CLERK

# **Defendants**

Atlantic Trader Navigation Ltd.
12/13 Strait Street
Valletta VLT. 08 Malta.

JSC Baltik Merkur
Apartment 408
Prospekt Stachek 47
St. Peterburg 193097
Russian Federation.

Atlantic Ro-Ro Carriers, Inc.
1051 Bloomfield Ave.
Suite 6
Clifton, New Jersey 07012.

| | |
|---|---|
| Attorney: | BOB BLUM, ESQ. |
| Attorney For: | HILL RIVKINS & HAYDEN LLP |
| Address: | 45 BROADWAY, SUITE 1500<br>NEW YORK, NY 10006 |
| Phone #: | 212-669-0600 |
| Fax #: | 212-669-0698 |

AIG GLOBAL MARINE AND ENERGY, ET. ALS.,

Plaintiff(s),

vs.

M/V ATLANTIC TRADER, ET. ALS.,

Defendant(s).

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

DOCKET #: 08-CIV-3597

# AFFIDAVIT OF SERVICE

**Person to be served:**
ATLANTIC RO-RO CARRIERS, INC.
1051 BLOOMFIELD AVENUE, SUITE 6, CLIFTON, NJ 07012

**Papers Served:**
SUMMONS IN A CIVIL CASE, COMPLAINT

**Service Data:**
Served Successfully __X__   Not Served ____   Date __APRIL 15, 2008__   Time ____
Attempts: ____

____ Delivered a copy to him / her personally

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & relationship at right)

Name of Person Served and relationship/title:
**YEFIM LEVIN**
**MANAGER**

**Description of Person Accepting Service:**
Sex __MALE__   Skin Color __WHITE__   Height __6'0"__   Weight __170__   Age __60-70__   Hair Color __BALDING__
Dist. Chara.: ____

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquires suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:   Date ____ Time ____
                      Date ____ Time ____
( ) Other: ____

Comments or Remarks ____

**Server Data:**
Sworn and subscribed to before me this __16__ day of __APRIL__, 20 __08__

_Mary Powanda_
MARY T. POWANDA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 22, 2011

I, **TODD BANK**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty or perjury that the foregoing is true and correct.

_Todd Bank_

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE: | APRIL 15, 2008 |
|---|---|---|
| NAME OF SERVER<br>TODD BANK | TITLE: | Process Server |

Check one box below to indicate appropriate method of service.

Name of defendant being served:
**ATLANTIC RO-RO CARRIERS, INC.**

[ ] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the Summons and Complaint were left:

[ ] Returned unexecuted:

[X] Other (specify): 1051 BLOOMFIELD ABENUE, SUITE 6, CLIFTON, NJ 07012 BY SERVING YEFIM LEVIN, MANAGER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty or perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: APRIL 16, 2008

*[signature]*
MARY T. POWANDA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Mar. 22, 2011

*[signature]*
TODD BANK
517 SOUTH LIVINGSTON AVENUE
LIVINGSTON, NEW JERSEY 07039

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.