223-08/WDM/MCE

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendants
80 Pine Street
New York, New York 10005
Wayne D. Meehan (WM 9102)
William J. Pallas (WP 6201)
Tel: 212-425 1900
Fax: 212 425 1901

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| AIG GLOBAL MARINE AND ENERGY, ACE EUROPEAN GROUP LTD., AIG EUROPE SA, COLUMBIA FOREST PRODUCTS, INC., COPPER & BRASS, MACSTEEL SERVICE CENTERS USA, TSA PROCESSING, METALS USA (LIBERTY) and RUSAL AMERICA CORP., | 08 CV 3597 (PKL) |
| Plaintiffs, | RULE 7.1 STATEMENT |
| -against- | |
| M/V ATLANTIC TRADER, *in rem*, ATLANTIC TRADER NAVIGATION LTD., JSC BALTIK MERKUR, and ATLANTIC RO-RO CARRIERS, INC., *in personam*, | |
| Defendants. | |

-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ATLANTIC TRADER NAVIGATION LTD., JSC BALTIK MERKUR and ATLANTIC RO-RO CARRIERS, INC. (private non-governmental

NYDOCS1/311859.1

parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

NONE

Dated: New York, New York,
September 4, 2008.

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendants

WAYNE D. MEEHAN (WM 9102)
WILLIAM J. PALLAS (WP 6102)
80 Pine Street
New York, New York 10005
212 425 1900